# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00305-CR

In re Willie Otis Harris

### Original Proceeding

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

The petition for writ of mandamus filed on August 28, 2025 by Relator, Willie Otis Harris, is DENIED.

STEVE SMITH
Justice

OPINION DELIVERED and FILED:  September 11, 2025

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Petition denied
Do Not Publish
OT06

